IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALLSTATE INDEMNITY COMPANY                                    PLAINTIFF

V.                                    CIVIL ACTION NO. 1:15CV00073-NBB-DAS

TERRY W. RICHEY, II, AND
BNA BANK A/K/A
BANK OF NEW ALBANY                                           DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the plaintiff Allstate Indemnity Company's motion for summary judgment is **GRANTED**. Allstate's alternative motion for partial summary judgment, its supplemental motion for summary judgment, its motion to dismiss certain claims, and its motion to strike will be terminated as moot.

This, the 15th day of September, 2016.

 /s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**